CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

CHRISTINE H. LONG (SBN:199676)
christine.long@berliner.com
ISABELLA L. SHIN (SBN: 294937)
isabella.shin@berliner.com
BERLINER COHEN, LLP
Ten Almaden Boulevard, Eleventh Floor
San Jose, California 95113-2233
Telephone: (408) 286-5800
Facsimile: (408) 998-5388
Attorneys for Defendants
Ankit Panchal and Anav 4, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANKIT PANCHAL; ANAV 4, INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants, | Case No.: 5:18-CV-05480-EJD<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

APPROVED
Judge Edward J. Davila
6/19/2019

　　　　Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: June 19, 2019		CENTER FOR DISABILITY ACCESS


				By:   /s/Amanda Lockhart Seabock
				      Amanda Lockhart Seabock
				      Attorneys for Plaintiff


Dated: June 19, 2019		BERLINER COHEN, LLP


				By:   /s/Isabella L. Shin
				      Isabella L. Shin
				      Attorneys for Defendants
				      Ankit Panchal and Anav 4, Inc.

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Isabella L. Shin, counsel of Ankit Panchal and Anav 4, Inc., and that I have obtained authorization to affix her electronic signature to this document.

Dated: June 19, 2019             CENTER FOR DISABILITY ACCESS

                                            By: /s/Amanda Lockhart Seabock
                                                      Amanda Lockhart Seabock
                                                      Attorneys for Plaintiff